UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

COL. ELORIS WILLIAMS PRESLEY
A/K/A LORI LAURIE E. WILLIAMS

VERSUS                     CIVIL ACTION NO.: 07-493-A

THE STATE OF LOUISIANA

## RULING

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Stephen C. Riedlinger dated July 18, 2007, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, the plaintiff's complaint shall be **DISMISSED** as frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915.

Baton Rouge, Louisiana, August 2, 2007.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA